B6F (Official Form 6F) (12/07)

In re  **Diane Lampkin Calvin**                              ,    Case No.  **12-12852**
                           Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**American Thrift and Finance Plan**<br>**116 Terry Parkway Ste. G**<br>**Terrytown, LA 70056-2578** | | - | | | | | **Unknown** |
| Account No. **xx0508**<br><br>**ASI**<br>**1554 Westbank Expressway**<br>**Westwego, LA 70094** | | - | | | | | **352.00** |
| Account No.<br><br>**Atmos Energy**<br>**4101 Mcewen Rd**<br>**Suite 150**<br>**Dallas, TX 75244** | | - | | | | | **82.00** |
| Account No. **xxxxxxxx7563**<br><br>**Bellsouth**<br>**PO Box 64378**<br>**Saint Paul, MN 55164** | | - | | | | | **223.00** |

___5___  continuation sheets attached

Subtotal (Total of this page)   **657.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Diane Lampkin Calvin**,         Case No. __12-12852__
                                                                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Check Into Cash**<br>**2630 Manhattan Blvd**<br>**Harvey, LA 70059** | | - | | | | | 240.00 |
| Account No.<br>**Cox**<br>**PO Box 9001080**<br>**Louisville, KY 40290-1080** | | - | | | | | 960.00 |
| Account No. **xxxxx0397**<br>**Direct TV**<br>**P.O. Box 6550**<br>**Greenwood Village, CO 80155-6550** | | - | | | | | 608.00 |
| Account No.<br>**Dish Network**<br>**9601 South Meridian Blvd**<br>**Englewood, CO 80112** | | - | | | | | 216.00 |
| Account No.<br>**Easy Money EMG**<br>**299 Westbank Expressway**<br>**Gretna, LA 70053** | | - | | | | | 0.00 |

Sheet no. __1__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **2,024.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Diane Lampkin Calvin**, Case No. **12-12852**
                  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx1707** <br><br>**First Premier Bank** <br>**601 S. Minnesota Ave.** <br>**Sioux Falls, SD 57104** | - | | | | | | 437.00 |
| Account No. **xxxxxxx5184** <br><br>**Home Finance** <br>**2600 Barataria Blvd.** <br>**Suite B** <br>**Marrero, LA 70072** | - | | | | | | 2,259.00 |
| Account No. **xx2985** <br><br>**HSBC Card** <br>**8875 Aero Drive** <br>**Ste 200** <br>**San Diego, CA 92123** | - | | | | | | 969.00 |
| Account No. **xx2986** <br><br>**Midland Credit Management** <br>**8875 Aero Drive** <br>**Ste 200** <br>**San Diego, CA 92123** | - | | | | | | 771.00 |
| Account No. <br><br>**Money Mart** <br>**2010 Woodmere Blvd** <br>**Ste L** <br>**Harvey, LA 70058** | - | | | | | | 245.00 |

Sheet no. **2** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **4,681.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Diane Lampkin Calvin**, Case No. **12-12852**
                      Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx0004** <br><br> **Republic Finance** <br> **1818 Manhattan Blvd** <br> **Ste 3** <br> **Harvey, LA 70058** | | - | | | | | 1,017.00 |
| Account No. **xxxx0374, xxxx1023, xxxx6611** <br><br> **Second Parish Court - Traffic** <br> **100 Huey P. Long Avenue** <br> **P.O. Box 10** <br> **Gretna, LA 70054** | | - | | | | | 836.75 |
| Account No. **xxxxx1319** <br><br> **Seventh Avenue** <br> **1112 7th Ave.** <br> **Monroe, WI 53566** | | - | | | | | 292.00 |
| Account No. **xxxxxxx4206** <br><br> **Social Security Administration** <br> **Mid-America Program Service Center** <br> **601 East Twelfth Street** <br> **Kansas City, MO 64106-2817** | | - | | | | | 11,525.37 |
| Account No. **xxxx2983** <br><br> **Sprint** <br> **8014 Bayberry Rd** <br> **Jacksonville, FL 32256** | | - | | | | | 1,088.00 |

Sheet no. **3** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **14,759.12**

B6F (Official Form 6F) (12/07) - Cont.

In re **Diane Lampkin Calvin**, Case No. **12-12852**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx6347** <br><br> **Sprint Communications** <br> **Bankruptcy Dept.** <br> **P.O. Box 7949** <br> **Overland Park, KS 66207** | - | | | | | | 530.00 |
| Account No. **xxx1582** <br><br> **T-Mobile** <br> **PO Box 37380** <br> **Albuquerque, NM 87176-7380** | - | | | | | | 1,926.00 |
| Account No. **xxxxxx2570** <br><br> **Verizon Wireless** <br> **P.O. Box 26055** <br> **Minneapolis, MN 55426** | - | | | | | | 363.00 |
| Account No. **xxxx9022** <br><br> **West Jefferson Medical Center** <br> **3228 6th Street** <br> **Metairie, LA 70002** | - | | | | | | 135.00 |
| Account No. **xxx5978** <br><br> **West Jefferson Medical Center** <br> **3228 6th Street** <br> **Metairie, LA 70002** | - | | | | | | 383.00 |

Sheet no. **4** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **3,337.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Diane Lampkin Calvin**, Case No. **12-12852**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Whitney Bank**<br>**Recovery Department**<br>**P.O. Box 4019**<br>**Gulfport, MS 39502-4019** | - | | | | | | 433.85 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **5** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **433.85**

Total (Report on Summary of Schedules) **25,891.97**

# United States Bankruptcy Court
### Eastern District of Louisiana

In re   **Diane Lampkin Calvin**                                                               Case No.  **12-12852**
                                             Debtor(s)                          Chapter    **7**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing document(s), consisting of  **8**  page(s), and that they are true and correct to the best of my knowledge, information, and belief.


Date  **February 25, 2013**                 Signature  **/s/ Diane Lampkin Calvin**
                                                                           **Diane Lampkin Calvin**
                                                                               Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Louisiana

In re **Diane Lampkin Calvin**
Debtor(s)

Case No. **12-12852**
Chapter **7**

## MOTION TO AMEND BANKRUPTCY PETITION

1. Debtor(s), **Diane Lampkin Calvin**, commenced this case on **September 26, 2012** by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code.

2. On or about **2/7/2013** debtor(s) discovered that the following information had been inadvertently omitted from his/her/their Petition:

| Schedule(s) Affected: | Change(s): |
|---|---|
| Schedule F | Added Creditors |
| | |
| | |

WHEREFORE, Debtor(s) pray for an Order to Amend his/her/their Bankruptcy Petition to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Dated: **February 25, 2013**

**/s/ Diane Lampkin Calvin**
**Diane Lampkin Calvin**
Debtor

## ORDER

The motion of the above-named debtor(s), **Diane Lampkin Calvin**, to amend his/her/their Bankruptcy Petition is sustained.

It is hereby ORDERED and DECREED that the Debtor's(s') Bankruptcy Petition is amended to reflect the following changes:

| Amendment(s) to Petition: |
|---|
| To add debts owed to Social Security Administration and Whitney Bank |
| |
| |

Dated:

**U.S. BANKRUPTCY JUDGE**