UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re:  **Bankruptcy Case No.:** 12−12852
Diane Lampkin Calvin  **Chapter** 7
**Debtor**

# NOTICE OF DEFICIENCY

**To:** Andrea Jeanmarie

Your **Motion** is/are deficient for the following reason(s):

Motion requires a hearing and 21 day notice.

---

Related document(s):

*21* − Motion to File Amended Schedules F with/and Amended Schedule F Filed by Andrea M. Jeanmarie of Southeast Louisiana Legal Services on behalf of Diane Lampkin Calvin (Jeanmarie, Andrea)

---

The corrected filing must be submitted within 2 business days. Otherwise, the court may issue an order to show cause as to why the document was not corrected, or may strike the pleading. You may contact the court for further procedural information.

New Orleans, Louisiana, March 8, 2013.                                Kevin Foe
                                                                     Deputy Clerk