UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | NUMBER    12-12852 |
| DIANE LAMPKIN CALVIN<br>AKA DIANE SMOOCH CALVIN,<br>DEBTOR | SECTION B<br><br>CHAPTER 7 |

## ORDER

The debtor in the above-captioned case, by their attorney, filed a Motion to Amend Bankruptcy Petition to add creditors and information that had been inadvertently omitted **(P-21)**. The matter was scheduled for hearing on April 3, 2013. The Court, having considered all of the pleadings, proper service to all interested parties, and no objection having been filed, will grant the debtor's motion.

**IT IS FURTHER ORDERED** that the Debtor's Bankruptcy Petition is amended to add the debts owed to the Social Security Administration and Whitney Bank.

**IT IS FURTHER ORDERED** that creditors Social Security Administration and Whitney Bank, only, shall be allowed a period of sixty (60) days from the signing of this order to file any discharge or dischargeability complaints.

New Orleans, Louisiana, this 5th day of April, 2013

*J. A. Brown*
Hon. Jerry A. Brown
United States Bankruptcy Judge