UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**DIANE LAMPKIN CALVIN**

DEBTOR(S)

BANKRUPTCY NO.
12-12852
SECTION "B"
CHAPTER 7

## ORDER RESCHEDULING HEARING ON TRUSTEE'S FINAL REPORT (TFR)

**IT IS ORDERED** that the hearing scheduled for August 13, 2013 at 9:00 a.m. on the Trustee's Final Report (TFR) **(P-30)** is **RESCHEDULED** to **WEDNESDAY, AUGUST 7, 2013 AT 9:00 A.M.**, in Courtroom 705, 500 Poydras Street, Hale Boggs Federal Building, New Orleans, Louisiana. Objections, if any, are to be filed no later than **JULY 31, 2013.** If no objections are filed, the Trustee's Final Report will be approved without a hearing.

**IT IS FURTHER ORDERED** that the Trustee serve this order and file a certificate of service in accordance with Local Rule 2002-1.

New Orleans, Louisiana, July 11, 2013.

_J. A. Brown_
JERRY A. BROWN
BANKRUPTCY JUDGE