UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re: CALVIN, DIANE LAMPKIN § Case No. 12-12852
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Barbara Rivera-Fulton, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $9,000.00      Assets Exempt: $6,105.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,210.91      Claims Discharged
                                                 Without Payment: $32,211.19

Total Expenses of Administration: $582.03

3) Total gross receipts of $ 6,484.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,691.06 (see **Exhibit 2**), yielded net receipts of $1,792.94 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,895.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 582.03 | 582.03 | 582.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 25,891.97 | 7,530.13 | 7,530.13 | 1,210.91 |
| **TOTAL DISBURSEMENTS** | $28,786.97 | $8,112.16 | $8,112.16 | $1,792.94 |

4) This case was originally filed under Chapter 7 on September 26, 2012. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/16/2013           By: /s/Barbara Rivera-Fulton, Trustee
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| | 1180-000 | 4,691.06 |
| Savings account at Jefferson Financial Credit Un | 1129-000 | 21.74 |
| 2012 Federal ans State Income Tax Refunds | 1224-000 | 1,771.20 |
| **TOTAL GROSS RECEIPTS** | | **$6,484.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Diane Lampkin Calvin | Debtor's Reimbursement | 8200-002 | 4,691.06 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,691.06** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Credit Acceptance | 4110-000 | 2,895.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$2,895.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Barbara Rivera-Fulton, Trustee | 2100-000 | N/A | 448.24 | 448.24 | 448.24 |
| Barbara Rivera-Fulton, Trustee | 2200-000 | N/A | 103.79 | 103.79 | 103.79 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $582.03 | $582.03 | $582.03 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ASI FEDERAL CREDIT UNION | 7100-000 | N/A | 326.66 | 326.66 | 52.53 |
| 2 | Cavalry Portfolio Services | 7100-000 | N/A | 1,488.01 | 1,488.01 | 239.28 |
| 3 | Baton Rouge Telco Federal Credit Union | 7100-000 | N/A | 225.00 | 225.00 | 36.18 |
| 4 | Rodney J. Madere, Attorney at Law | 7100-000 | N/A | 4,882.42 | 4,882.42 | 785.14 |
| 5 | American InfoSource LP as agent for | 7100-000 | N/A | 608.04 | 608.04 | 97.78 |
| NOTFILED | Seventh Avenue | 7100-000 | 292.00 | N/A | N/A | 0.00 |
| NOTFILED | Second Parish Court - Traffic | 7100-000 | 836.75 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Management | 7100-000 | 771.00 | N/A | N/A | 0.00 |
| NOTFILED | Republic Finance | 7100-000 | 1,017.00 | N/A | N/A | 0.00 |
| NOTFILED | Money Mart | 7100-000 | 245.00 | N/A | N/A | 0.00 |
| NOTFILED | Social Security Administration Mid-America | 7100-000 | 11,525.37 | N/A | N/A | 0.00 |
| NOTFILED | T-Mobile | 7100-000 | 1,926.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Sprint | 7100-000 | 1,088.00 | N/A | N/A | 0.00 |
| NOTFILED | West Jefferson Medical Center | 7100-000 | 383.00 | N/A | N/A | 0.00 |
| NOTFILED | Whitney Bank Recovery Department | 7100-000 | 433.85 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless | 7100-000 | 363.00 | N/A | N/A | 0.00 |
| NOTFILED | West Jefferson Medical Center | 7100-000 | 135.00 | N/A | N/A | 0.00 |
| NOTFILED | Sprint Communications Bankruptcy Dept. | 7100-000 | 530.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card | 7100-000 | 969.00 | N/A | N/A | 0.00 |
| NOTFILED | Easy Money EMG | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Finance | 7100-000 | 2,259.00 | N/A | N/A | 0.00 |
| NOTFILED | American Thrift and Finance Plan | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ASI | 7100-000 | 352.00 | N/A | N/A | 0.00 |
| NOTFILED | Bellsouth | 7100-000 | 223.00 | N/A | N/A | 0.00 |
| NOTFILED | Atmos Energy | 7100-000 | 82.00 | N/A | N/A | 0.00 |
| NOTFILED | Dish Network | 7100-000 | 216.00 | N/A | N/A | 0.00 |
| NOTFILED | Cox | 7100-000 | 960.00 | N/A | N/A | 0.00 |
| NOTFILED | Direct TV | 7100-000 | 608.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 437.00 | N/A | N/A | 0.00 |
| NOTFILED | Check Into Cash | 7100-000 | 240.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $25,891.97 | $7,530.13 | $7,530.13 | $1,210.91 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-12852  
**Case Name:** CALVIN, DIANE LAMPKIN  

**Trustee:** (380060) Barbara Rivera-Fulton, Trustee  
**Filed (f) or Converted (c):** 09/26/12 (f)  
**§341(a) Meeting Date:** 11/02/12  

**Period Ending:** 12/16/13  

**Claims Bar Date:** 02/04/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Savings account at Jefferson Financial Credit Un | 16.00 | 21.74 | | 21.74 | FA |
| 2  3 Queensize beds and mattress sets, appliances, | 2,500.00 | 0.00 | | 0.00 | FA |
| 3  2006 Chevy Impala automobile | 6,500.00 | 0.00 | | 0.00 | FA |
| 4  2012 Federal ans State Income Tax Refunds  (u) | 0.00 | 1,771.20 | | 1,771.20 | FA |
| 4  Assets  Totals (Excluding unknown values) | **$9,016.00** | **$1,792.94** | | **$1,792.94** | **$0.00** |

**Major Activities Affecting Case Closing:**

   Submited  TDR Approval 12/16/2013

**Initial Projected Date Of Final Report (TFR):**   December 30, 2013     **Current Projected Date Of Final Report (TFR):**   July 3, 2013  (Actual)

Printed: 12/16/2013 05:08 PM    V.13.13

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-12852
**Case Name:** CALVIN, DIANE LAMPKIN
**Taxpayer ID #:** **-***8199
**Period Ending:** 12/16/13

**Trustee:** Barbara Rivera-Fulton, Trustee (380060)
**Bank Name:** Rabobank, N.A.
**Account:** ****900166 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/13/13 | | IRS | | | 6,484.00 | | 6,484.00 |
| | {4} | | 1,771.20 | 1224-000 | | | 6,484.00 |
| | | | 4,691.06 | 1180-000 | | | 6,484.00 |
| | {1} | | 21.74 | 1129-000 | | | 6,484.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,474.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,464.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,454.00 |
| 06/10/13 | 101 | Diane Lampkin Calvin | Debtor's Reimbursement | 8200-002 | | 4,691.06 | 1,762.94 |
| 10/26/13 | 102 | ASI FEDERAL CREDIT UNION | Dividend paid 16.08% on $326.66; Claim# 1; Filed: $326.66; Reference: ACCT. 8242 /82420 | 7100-000 | | 52.53 | 1,710.41 |
| 10/26/13 | 103 | Cavalry Portfolio Services | Dividend paid 16.08% on $1,488.01; Claim# 2; Filed: $1,488.01; Reference: 0324 / 7385 SPRINT | 7100-000 | | 239.28 | 1,471.13 |
| 10/26/13 | 104 | Atlas Acquisitions LLC | Dividend paid 16.08% on $225.00; Claim# 3; Filed: $225.00; Reference: ACCT. 0207 | 7100-000 | | 36.18 | 1,434.95 |
| 10/26/13 | 105 | Rodney J. Madere, Attorney at Law | Dividend paid 16.08% on $4,882.42; Claim# 4; Filed: $4,882.42; Reference: ACCT 2860 | 7100-000 | | 785.14 | 649.81 |
| 10/26/13 | 106 | American InfoSource LP as agent for | Dividend paid 16.08% on $608.04; Claim# 5; Filed: $608.04; Reference: ACCT.6828 | 7100-000 | | 97.78 | 552.03 |
| 10/26/13 | 107 | Barbara Rivera-Fulton, Trustee | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 552.03 | 0.00 |
| | | | Dividend paid 100.00% on $448.24; Claim# ; Filed: $448.24 | 448.24 | 2100-000 | | 0.00 |
| | | | Dividend paid 100.00% on $103.79; Claim# ; Filed: $103.79 | 103.79 | 2200-000 | | 0.00 |

| | ACCOUNT TOTALS | 6,484.00 | 6,484.00 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | **Subtotal** | 6,484.00 | 6,484.00 | |
| | Less: Payments to Debtors | | 4,691.06 | |
| | **NET Receipts / Disbursements** | **$6,484.00** | **$1,792.94** | |

{} Asset reference(s)  Printed: 12/16/2013 05:08 PM   V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-12852 | **Trustee:** Barbara Rivera-Fulton, Trustee (380060) |
| **Case Name:** CALVIN, DIANE LAMPKIN | **Bank Name:** Rabobank, N.A. |
| | **Account:** ****900166 - Checking Account |
| **Taxpayer ID #:** **-***8199 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 12/16/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 6,484.00 | | | | |
| | | Less Payments to Debtor : | 4,691.06 | | | | |
| | | Net Estate : | $1,792.94 | | | | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****900166** | 6,484.00 | 1,792.94 | 0.00 |
| | $6,484.00 | $1,792.94 | $0.00 |

{} Asset reference(s)                                                                                             Printed: 12/16/2013 05:08 PM    V.13.13